USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

TOM MILLIKEN (derivatively on behalf of HOSPITALITY INVESTORS TRUST, INC.),

            Plaintiff,

-against-

AMERICAN REALTY CAPITAL HOSPITALITY ADVISORS, LLC, ET AL.

            Defendants.

------------------------------------------------------------------------ X

18-CV-1757 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 15, 2019, the parties appeared for a conference with this Court;

IT IS HEREBY ORDERED that the stay on this case is lifted.

IT IS FURTHER ORDERED that no later than **December 20, 2019**, either: (i) the parties and the Special Litigation Committee must file a joint stipulation proposing a schedule for filing a Second Amended Complaint, moving against or answering the Second Amended Complaint, and discovery, or (ii) the Special Litigation Committee must make a motion proposing next steps in this case based on the contents of its report. Defendants' time to move against or answer the Amended Complaint is stayed until further order from this Court. Discovery is also stayed until further order from this Court.

**SO ORDERED.**

Date: November 15, 2019
      New York, New York

                                    _____
                                    **VALERIE CAPRONI
                                    United States District Judge**