```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
TOM MILLIKEN (derivatively on behalf of       :
HOSPITALITY INVESTORS TRUST, INC.),           :
                                              :
                       Plaintiff,   :
                                   :       18-CV-1757 (VEC)
          -against-                  :
                                   :       <u>ORDER</u>
                                              :
AMERICAN REALTY CAPITAL HOSPITALITY           :
ADVISORS, LLC, ET AL.                         :
                                              :
                       Defendants.  :
---------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a settlement hearing is scheduled for June 9, 2020, at 10:30 a.m.;

       IT IS HEREBY ORDERED the parties and any objectors must appear for the proceeding by calling (888) 363-4749 // Access code: 3121171# // Security code: 1757#.

       Counsel should adhere to the following rules and guidelines:

1. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

2. To facilitate an orderly conference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak. Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

3. If there is a beep indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

       IT IS FURTHER ORDERED that not later than **11:00 a.m. on June 8, 2020**, the parties and any objectors must notify the Court—either by letter on ECF or by email to

CaproniNYSDchambers@nysd.uscourts.gov—which persons plan to speak on the teleconference.

Finally, all of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date:  **June 4, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**