USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOM MILLIKEN, derivatively on behalf of HOSPITALITY INVESTORS TRUST, INC., <br><br>Plaintiff, <br><br>v. <br><br>AMERICAN REALTY CAPITAL HOSPITALITY ADVISORS, LLC, AMERICAN REALTY CAPITAL HOSPITALITY PROPERTIES, LLC, AMERICAN REALTY CAPITAL HOSPITALITY GRACE PORTFOLIO, LLC, AR CAPITAL, LLC, AR GLOBAL INVESTMENTS, LLC, NICHOLAS S. SCHORSCH, WILLIAM M. KAHANE, PETER M. BUDKO, EDWARD M. WEIL, BRIAN S. BLOCK, JONATHAN P. MEHLMAN, EDWARD T. HOGANSON, STANLEY R. PERLA, ABBY M. WENZEL, AND ROBERT H. BURNS, <br><br>Defendants, <br><br>-and- <br><br>HOSPITALITY INVESTORS TRUST, INC., <br><br>Nominal Defendant. | No. 18-CV-1757 (VEC) <br><br><br>**NOTICE OF WITHDRAWL OF MOTION** |

PLEASE TAKE NOTICE that Hospitality Investors Trust, Inc., by its undersigned counsel, hereby withdraws its Motion for a Bond (ECF No. 158).

Dated: September 10, 2020
       New York, NY

                                      /s/ Peter D. Doyle
                                      Peter D. Doyle
                                      David W. Heck
                                      Proskauer Rose LLP

Eleven Times Square
New York, NY 10036
Tel: 212-969-3000
Fax: 212-969-2900

*Counsel for Hospitality Investors Trust, Inc.*

Application GRANTED.  The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 158.

SO ORDERED.

*[signature]*  09/11/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE